MURTAGH v. JOLINE et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Daniel Murtagh against Adrian H. Joline and others, as receivers, etc. No opinion. Application denied with $10 costs. Order signed. See, also, 70 Misc. Rep. 251, 126 N. Y. Supp. 672.

MUSSEY, Appellant, v. CASANOVA, Respondent, et al. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Ellen S. Mussey against Pedro C. Casanova, impleaded with others. E. G. Benedict, for appellant. G. Ireland, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 127 N. Y. Supp. 1133.

In re NEWELL. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) In the matter of Clifford H. Newell, an attorney and counselor at law. No opinion. Issues raised by the petitions and answers thereto referred to Hudson Ansley, Esq., an attorney and counselor, of Salamanca, N. Y., to take the proofs and report the same, with his opinion thereon, to this court on the 2d day of May, 1911.

NEWMAN, Respondent, v. NEWMAN, Appellant (four cases). (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Actions by Frances Newman, as administratrix, against Leah Newman, interpleaded, etc. (two actions), and by Leah Newman against Frances Newman, as administratrix, etc., interpleaded (two actions). No opinions. Orders reversed, with $10 costs and disbursements, and motions denied, with $10 costs, on authority of Martin v. Prentice, 133 App. Div. 741, 118 N. Y. Supp. 215 and Miller v. Baillard, 124 App. Div. 555, 108 N. Y. Supp. 973.

In re NEW YORK INS. ASS'N. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Proceeding by the People of the State of New York, by Wm. H. Hotchkiss, as Superintendent of Insurance, etc., in the matter of the New York Insurance Association. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed:

NEW YORK PRODUCE EXCHANGE BANK, Respondent, v. TWELFTH WARD BANK OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by the New York Produce Exchange Bank against the Twelfth Ward Bank of the City of New York. O. C. Sommerich, for appellant. J. E. Kelly, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 135 App. Div. 52, 119 N. Y. Supp. 988.

DOWLING, J., dissents.

NEW YORK & ALBANY LIGHTERAGE CO. v. COHEN. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by the New York & Albany Lighterage Company against Isidor L. Cohen. No opinion. Application denied, with $10 costs. Order signed.

NEW YORK & ALBANY LIGHTERAGE CO. v. COHEN. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by the New York & Albany Lighterage Company against Isidor L. Cohen. No opinion. Motion denied, with $10 costs. Order filed.

NIEMAN et al. v. GARDNER. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Samuel Nieman and another against Barney Gardner. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

NOLAN, Respondent, v. DRESCHER, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by James H. Nolan against John Drescher. No opinion. Judgment of the Municipal Court affirmed, with costs.

NOOT, Respondent, v. NOOT, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1911.) Action by Louie C. Noot against Midge F. Noot. H. A. Heydt, for appellant. C. L. Hoffman, for respondent. No opinion. Judgment and order affirmed. Order filed. See, also, 137 App. Div. 922, 122 N. Y. Supp. 1138.

NORRIS, Appellant, v. REYNOLDS, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by William Norris against William H. Reynolds. N. Burkan, for appellant. O. E. Thornall, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 140 App. Div. 913, 125 N. Y. Supp. 1134.

In re NORTH RIVER WATER FRONT IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 17, 1911.) In the matter of the City of New York, as to North River Water Front, between Little West Twelfth street and Bloomfield street, etc. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NORTON, Respondent, v. RENZ et al., Appellants. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by Algernon S. Norton, as committee, etc., against Louisa Renz and others, impleaded, etc. J. Hirschman, for appellants. C. L. Downs, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

NYDOFSKY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department.